# ALABAMA COURT OF CRIMINAL APPEALS



April 4, 2025

**CR-2023-0468**
Tyrone Harris v. State of Alabama (Appeal from Morgan Circuit Court: CC-93-150.64)

## NOTICE

You are hereby notified that on April 4, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk